UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL INSURANCE AMERICA, INC., as subrogee of MillerKnoll, Inc., and MILLERKNOLL, INC., in its own right,

Plaintiffs,

-against-

CONTEMPORANEA, INC.,

Defendant.

Case No. 1:26-cv-03329 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On July 8, 2026, Defendant timely filed a third-party complaint against AMAZON.COM, INC., 3M Company, and J&J Commerce LLC (collectively, "Third-Party Defendants"). *See* Dkt. 12. To ensure that all parties are present for the initial pretrial conference for this matter, the conference currently scheduled for July 23, 2026, at 11:00 a.m., *see* Dkt. 5, is ADJOURNED to **September 10, 2026, at 11:30 a.m.**

The conference will be conducted virtually via Teams video. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 926 247 506#.

Dated: July 9, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge